```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/10/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JAVON SEGREDE,

     Plaintiff,

21 CV 2255 (CM)

NOTICE OF
CROSS-MOTION

- against -

C.O. SAEED BERNARD, Shield No. 10893
and THE CITY OF NEW YORK,

     Defendants.
-----------------------------------------------------------------X

  PLEASE TAKE NOTICE, that plaintiff, JAVON SEGREDE, by his attorney, ALAN D. LEVINE, ESQ., shall cross-move this court, at the courthouse located at 500 Pearl Street, New York, New York, before the HONORABLE COLLEEN McMAHON, U.S.D.J., at a date and time convenient to this court, for an order pursuant to Fed. R. Civ. P. 15(a)(2), based upon the declaration of Alan D. Levine, dated August 30, 2021, plaintiff's proposed second amended complaint, and plaintiff's memorandum of law in support of this motion, for leave to amend his complaint and for such other and further relief as to this court may seem just and equitable.

Dated: Kew Gardens, New York
   August 30, 2021

/s/ Alan D. L.

ALAN D. LEVINE, ESQ.
Attorney for Plaintiff
80-02 Kew Gardens Road, Suite 307
Kew Gardens, New York 11415
(718) 793-6363
Our File No. 2438

TO: GEORGIA M. PESTANA, ESQ.
Corporation Counsel
Attorney for Defendants
100 Church Street
New York, New York 10007
(212) 356-2375

*Handwritten annotation (#30):*

9/9/2021 — On consent, plaintiff's motion for leave to file a second amended complaint is GRANTED. Defendants' motion to dismiss the first amended complaint is now MOOT and should be marked off calendar (#21). Clerk to remove #21 and #30 from court's list of open motions.