Case 1:21-cv-02255-CM   Document 36   Filed 09/22/21   Page 1 of 1

# ALAN D. LEVINE

ATTORNEY AT LAW

80-02 KEW GARDENS ROAD

KEW GARDENS, NEW YORK 11415

ALAN D. LEVINE

SUSANNE RAMKISHUN

(718) 793-6363

FAX: (718) 261-0317

E-MAIL: alan.levine@alandlaw.com

September 22, 2021

*[handwritten annotation: OK — for (m) an extension?]*

**VIA ECF**
Honorable Colleen McMahon
United States District Judge
500 Pearl Street
New York, New York 10007

Re: <u>Segrede v. Bernard, et al.</u>
21 CV 2255 (CM)

Dear Judge McMahon:

    I am the attorney for the plaintiff in the above-referenced action. I write, jointly with the attorney for the defendants, to request an extension of time for the defendants to file an answer to the second amended complaint, which was filed on September 21. The parties also request that the conference presently scheduled for September 23, 2021, be adjourned to a date after the filing of defendants' answer.

Very truly yours,

*/s/ Alan D. L.*

ALAN D. LEVINE, ESQ.

ADL/sr
cc: John Schemitsch, Esq.

*[handwritten: 9/22]*

*[signature: Colleen McMahon]*

```
SDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/22/21
```