# ALAN D. LEVINE

ATTORNEY AT LAW

118-21 QUEENS BOULEVARD, SUITE 504

FOREST HILLS, NEW YORK 11375

MEMO ENDORSED

ALAN D. LEVINE

SUSANNE RAMKISHUN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
FILED: 11/30/2023

(718) 793-6363

FAX: (718) 793-0385

E-MAIL: alan.levine@alandlaw.com

November 29, 2023

**VIA ECF**
Honorable Colleen McMahon
United States District Judge
500 Pearl Street
New York, New York 10007

Re: <u>Segrede v. Bernard, et al.</u>
21 CV 2255 (CM)

*Extension granted.*

*Colleen McMahon*
*11/30/2023*

Dear Judge McMahon:

    I am the attorney for the plaintiff in the above-referenced action. With the consent of the attorney for the defendants, I write to request that the deadline to submit the parties' pretrial documents be extended to December 20, with plaintiff's portion to be provided to defendants' attorney by December 12, and defendants' portion to be provided to my office by December 19. The reason for this request is that I have been extremely busy preparing for a trial that will be held next week in the Northen District of New York, in which I represent six plaintiffs, and because I lost several days of time that I intended to use for working to illness. I realize that this request constitutes an inconvenience to the court, for which I apologize.

Very truly yours,

Alan D. L.

ALAN D. LEVINE, ESQ.

ADL/sr
cc: Susan P. Scharfstein, Esq.